# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

IN RE:  ALEXANDER ROSS HERNANDEZ                         No. 1:25-mc-00022-KG

## ORDER OF DISMISSAL

The Supreme Court of the State of New Mexico ordered that Alejandro R. Hernandez, a/k/a Alex R. Hernandez, Jr., is "DISBARRED" from the practice of law effective January 9, 2025.  Order, *In the Matter of Alejandro R. Hernandez, a/k/a Alex R. Hernandez, Jr.*, No. S-1-SC-40689, filed January 9, 2025 (N.M.) (stating the Disciplinary Board's petition for reciprocal discipline requested that the New Mexico Supreme Court impose the identical discipline of disbarment imposed by the State of Texas).

The Court ordered Mr. Hernandez to show cause why the Court should not disbar him in accordance with the District of New Mexico's Rule of Good Standing, D.N.M.LR-Civ. 83.2(c), due to his disbarments by the Supreme Court of the State of New Mexico and the State of Texas.  *See* Order to Show Cause, Doc. 1, filed June 11, 2025.

Mr. Hernandez has shown that he is not the Alex R. Hernandez that was disbarred by the State of Texas.  Mr. Hernandez provided his Texas Bar No. 24106086.  Response at 2, Doc. 2, filed June 12, 2025.  Records of the State Bar of Texas show that Alexander Ross 'Alex' Hernandez, Texas Bar No. 24106086, is in good standing in Texas.  *See* https://www.texasbar.com (visited June 12, 2025).  The Texas Bar number for the Alex R. Hernandez disbarred by the State of Texas is 24032411.  *See* Judgment of Disbarment at 6, signed July 12, 2024, State Bar of Texas.

**IT IS THEREFORE ORDERED** that this case is **DISMISSED.**

/s/_____
KENNETH J. GONZALES[1]
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.